FILED

04/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0605

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 19-0605

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

    v.

JIM CASSADY,

    Defendant and Appellant.

_____

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 26, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 21 2020